RECEIVED

APR 2 0 2026

BY MAIL

United States District Court

for the

Eastern District of Missouri

Natalie Gonzalez

vs                                                         docket no.

Shantonu Basu

1. Defendant engaged in ex parte communication,

2. Plaintiff demands $100,000.

I, Natalie Gonzalez, declare under penalty of perjury that I am the Plaintiff, I have read the Complaint and that the information contained in the Complaint is true and correct.

4/8/26

Natalie Gonzalez